# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MUNICIPAL POLICE EMPLOYEES'
RETIREMENT SYSYTEM

VERSUS

TOWN OF CHENEYVILLE AND
RONNY GREEN, JR., IN HIS
OFFICIAL CAPACITY AS MAYOR
FOR THE TOWN OF CHENEYVILLE

NO.   2025 CW 1148

JANUARY 23, 2026

---

In Re:   Mayor Ronny Green, and Charles Collins, Rebecca Cook, Ruby Crawford, and Sandy Naquin, in their capacities as members of the Board of Aldermen for the Town of Cheneyville, and The Town of Cheneyville, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 730043.

---

BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.

WRIT DENIED.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT